# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN W. YORK; P.J. STEWART,<br><br>Plaintiffs,<br><br>v.<br><br>REGISTRAR OF VOTERS OF SAN DIEGO; ATTORNEY GENERAL OF THE UNITED STATES,<br><br>Defendants. | CASE NO: 06-CV-1668 W (POR)<br><br>**ORDER DISMISSING PLAINTIFFS' COMPLAINT FOR FAILURE TO PAY FILING FEE** |

On August 8, 2006 Plaintiffs Brian York and P.J. Stewart ("Plaintiffs") filed a complaint under 42 U.S.C. § 1983 against Defendants the Registrar of Voters of San Diego and the Attorney General of the United States alleging denial of their right to vote. Plaintiffs did not pay the $350.00 filing fee, nor did they apply for *in forma pauperis*

status under 28 U.S.C. § 1915(a)(1). Consequently, the Court denies Plaintiffs' petition for failure to pay the filing fee.

Under 28 U.S.C. § 1915(a)(1) a court of the United States may authorize the commencement of a civil action without prepayment of fees by a person who submits an affidavit applying for *in forma pauperis* status that includes a statement of all assets such person possesses showing that the person is unable to pay such fees therefor. Such affidavit shall state the nature of the action and the affiant's believe that the person is entitled to redress. 28 U.S.C. § 1915(a)(1). Because Plaintiffs did not file a section 1915(a)(1) *in forma pauperis* affidavit or pay the filing fee, the Court denies their petition.

Accordingly, the Court **ORDERS** as follows:

1. Plaintiffs' motion is **DENIED** for failure to pay the $350.00 filing fee.

2. If Plaintiffs wish to re-file an Amended Complaint, they must pay the $350.00 filing fee or apply for *in forma pauperis* status under section 1915(a)(1) and resubmit their petition.

**IT IS SO ORDERED.**

DATED:  September 11, 2006

_____
Hon. Thomas J. Whelan
United States District Judge